UA    JUDGE SCHOFIELD

**25 CV 08629**

THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                     Petitioner,                Civil Action No._____

        v.

Anonymous, *et al*

                    Respondents.

To the Honorable Justice of the Southern District Court

## EMERGENCY MOTION FOR A SEALING ORDER

I, the Petitioner, proceeding as Jane Doe, respectfully move this Honorable Court for an Order directing the Clerk of the Court to seal the whole case, including the docket number, case caption, and the Court's orders. My petition for a sealing order is warranted and justified for the reasons detailed below.

### INTRODUCTION

1. On October 17, 2025, I visited the Pro Se office to pay the Court's filing fee, obtain a case number, and file a 50-page Petition containing several Highly Sensitive Documents that meet the SDNY's criteria for HSDs designation per the SDNY's June 6, 2025, Order (21-MC-0006) for Highly Sensitive Documents.



2. After a brief conversation with the Pro Se intake supervisor, I learned that all docketed documents are accessible to the public until the Court issues an order directing the Court's clerk to seal the case.

3. Consequently, I decided not to file my 50-page Petition because it contains several Highly Sensitive Documents listed throughout as Exhibits, including:

   i. Social Security Numbers
   ii. Confidential business information containing trade secrets
   iii. Bank statements
   iv. Details about abused minors (CSAM)
   v. Other sensitive personally identifiable information
   vi. Confidential Government address issued under the Witness Protection
   vii. Medical records
   viii. Top secret security clearance details

4. Instead, I am filing this 5-page emergency Motion to obtain a Sealing Order that would seal my whole case so that I can file my 50-page Petition.

**Affirmation in Support of the Relief I seek from this Motion**

5. I filed this motion to seal on the ground that the entire case involves highly sensitive and personal information whose public disclosure would cause a serious and imminent risk of harm to privacy, safety, and other substantial privacy interests, and that no alternative, reasonably tailored means (redaction, partial sealing) can adequately protect those interests.

### Memorandum of Law in Support of Motion to seal the whole case

6. The Second Circuit has established in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and *Brown v. Maxwell*, 929 F.3d 41 (2d Cir. 2019), that Courts must balance the strong presumption of public access with compelling privacy and safety interests.

### SDNY's June 6, 2025, Order (21-MC-0006) for Highly Sensitive Documents

7. According to the "Severity of the Consequences" Clause in the SDNY's HSD Designation Order, the form or nature of the document, by itself, does not determine whether HSD treatment is warranted. Instead, the focus is on the Severity of the consequences for the parties or the public should the document be accessed without authorization.

### Certification of Good-faith Belief that my Petition meets the HSD definition.

8. I hereby certify that the Petition I seek to seal contains several confidential PII that were assigned to me to address and amend a severe privacy breach that compromised my safety, resulting in a retaliatory, attempted murder incident. Preserving the integrity of the HSDs in my Petition to prevent access by bad actors justifies this application for a sealing order.

### Argument

9. Disclosure of the documents in this case would expose military records, trade secrets, highly personal medical, safety, and private details. Narrow alternatives, such as redaction, are insufficient because the sensitive information permeates every filing. Accordingly, sealing the entire case is the only effective measure. For these reasons, I respectfully request that the

Court seal the whole case, including the docket and all filings, so that I may file my Petition without fear of exposing HSDs to adverse parties.

## Prayers for Relief

**NOW**, and upon all exhibits and legal precedents, details in this application, I respectfully request this Honorable Court to direct the Clerk of Court to seal the entire case, including all pleadings, papers, evidence, transcripts, Court's Orders, and decisions of this Court in the above-entitled matter.

## AFFIRMATION OF TRUTH OF STATEMENT

I declare under penalty of perjury under the laws of New York (which may include a fine or imprisonment) that the foregoing is true and correct to the best of my knowledge and that I understand that this document may be filed in an action or proceeding in a Court of Law.

Dated: October 17, 2025

Respectfully submitted,

Anonymous Petitioner

New York, NY