UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,

                         Plaintiff,             25 Civ. 8629 (LGS)

       -against-

                                         **ORDER**

ANONYMOUS, et al.,

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this matter was administratively closed on October 20, 2025. The Clerk of the Court is respectfully directed to refund Plaintiff's $405.00 filing fee (Receipt No. 43962).

Dated: October 20, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE